No. 73–2015. Boykins et al. v. Fairfield Board of Education et al. C. A. 5th Cir. Certiorari denied.

No. 73–6950. Mega v. West Virginia. Sup. Ct. App. W. Va. Certiorari denied.

No. 74–342. Pyramid Lake Paiute Tribe of Indians v. Morton, Secretary of the Interior. C. A D. C. Cir. Certiorari denied.

No. 74–503. Bell v. Hongisto, Sheriff. C. A. 9th Cir. Certiorari denied.

No. 74–563. Goldstein v. United States; and

No. 74–5653. Sperling v. United States. C. A. 2d Cir. Certiorari denied. Reported below: 506 F. 2d 1323.

No. 74–619. Pollard v. United States. C. A. 4th Cir. Certiorari denied.

No. 74–658. Rohm & Haas Co. et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 74–662. Times-Picayune Publishing Corp. v. Equal Employment Opportunity Commission. C. A. 5th Cir. Certiorari denied.

No. 74–666. Tewa Tesuque et al. v. Morton, Secretary of the Interior, et al. C. A. 10th Cir. Certiorari denied.

No. 74–667. Anglin v. Johnston et al. C. A. 7th Cir. Certiorari denied.